No. 89–147. DIXIE BROADCASTING, INC., ET AL. *v.* RADIO WBHP, INC. C. A. 11th Cir. Certiorari denied.

No. 89–148. SUZUKI MOTOR CO., LTD., ET AL. *v.* RICHARDSON. C. A. Fed. Cir. Certiorari denied.

No. 89–149. EVERPURE, INC. *v.* CUNO, INC. C. A. Fed. Cir. Certiorari denied.

No. 89–150. MONROE SYSTEMS FOR BUSINESS, INC. *v.* BROOKS. C. A. 8th Cir. Certiorari denied.

No. 89–154. HARDING *v.* COUNTY OF DOOR, WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 89–158. BENSON *v.* HOFFPAUIER ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–159. JOHNSON *v.* PARK SHORE MARINA ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–160. O'CONNOR *v.* MULLIGAN. Super. Ct. N. J., App. Div. Certiorari denied.

No. 89–161. RICH'S BETTER GREASE SERVICE, INC. *v.* VENTURINO ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–162. EXNER *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 89–165. BOYD *v.* BLACK ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–167. INSURANCE CORPORATION OF AMERICA *v.* DARST, INSURANCE COMMISSIONER OF WEST VIRGINIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–172. COMMERCIAL CREDIT EQUIPMENT CORP. *v.* STAMPS. C. A. 7th Cir. Certiorari denied.

No. 89–173. WEIL CERAMICS & GLASS, INC. *v.* DASH ET AL. C. A. 3d Cir. Certiorari denied.